IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-03291-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: October 12, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*

MATTHEW PARROTT,

    Plaintiff,

v.

PATRICIA ANN NEALEY and
CHERRY CREEK SCHOOL DISTRICT,

    Defendants.

*Counsel:*

Tiffany Jo Drahota

*Pro Se*
Sonja S. McKenzie

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:    9:04 a.m.**
Court calls case.  Appearances of counsel.  *Ms. Patricia Ann Nealey is not present.*

Argument and discussion regarding the defendant's Unopposed MOTION to Amend/Correct/Modify #12 Scheduling Order Regarding Discovery Deadlines (Doc. No. 35, filed September 25, 2012).

Discussion between the court and the parties regarding imposing sanctions under Rule 37(b), use of experts, Rule 16(b) and the showing good cause, Rule 26(a)(2), Rule 702 opinions and testimony, and Rule 35.

**ORDERED**:   The court **DENIES** the defendant's Unopposed MOTION to Amend/Correct/Modify #12 Scheduling Order Regarding Discovery Deadlines (Doc. No. 35, filed September 25, 2012).  The court shall extend the discovery deadline to **January 11, 2013**. The court shall extend the dispositive motions deadlines to **December 21, 2012**.

**ORDERED:**   Ms. Kramer shall be required to contact the doctors who have received medical releases and inform them that they need to provide her with this information

>           promptly. If the doctors cannot assure Ms. Kramer that she will received this information **on or before October19, 2012**, Ms. Kramer will inform the doctors that she has no choice but to issue subpoenas for this information.

HEARING CONCLUDED.

**Court in recess**:    **10:06 a.m.**
Total time in court:    01:02

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.